IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.　　　　　　　　　　　　　　　　No. 99-CR-30235-DRH

KIAN GHOBADI,

Defendant.

### ORDER

Upon motion of the United States of America, the Court grants the Motion to Dismiss Indictment (Doc. 3) pending against Defendant Kian Ghobadi. The indictment is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Signed this 21st day of March, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.03.21 15:58:59 -05'00'

**United States District Judge**